### ROBINSON *v.* FURR.

ATKINSON, J. No error of law being complained of, and the evidence being sufficient to support the verdict, the discretion of the trial judge in refusing a new trial will not be disturbed.

*Judgment affirmed. All the Justices concur.*
SEPTEMBER 23, 1913.

Claim. Before Judge Jones. White superior court. June 10, 1912.

*G. S. Kytle* and *C. H. Edwards,* for plaintiff in error.
*J. C. Edwards,* contra.